**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Claude B. Townsend Jr.

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Princeton Police Department;
Robert Allie in his Official capacity
as Detective,

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes    ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification
      number and the name and address of your current place of confinement.  Do the same for any additional
      plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name                Claude B. Townsend Jr.
             Street Address      11 Billie Ellis Lane
             County, City        Mercer, Princeton
             State & Zip Code    New Jersey  08540
             Telephone Number    (609) 571-6810

*Rev. 10/2009*

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Princeton Police Department_
Street Address _1 Valley Road_
County, City _Mercer, Princeton_
State & Zip Code _New Jersey 08540_

Defendant No. 2   Name _Robert Allie in his Official capacity as Detective_
Street Address _1 Valley Road_
County, City _Mercer, Princeton_
State & Zip Code _New Jersey 08540_

Defendant No. 3   Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4   Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions           Q   Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _2nd Amendment Constitution_
_____
_____

*Rev. 10/2009*                          - 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Princeton Police Department_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _July 30, 2020_

| What happened to you? |
| --- |

C.    Facts: _The Princeton Police Department has denied me a Firearms Identification Card and Permit to Purchase a Handgun. I was denied due to the fact that I am an American Indian._

| Who did what? |
| --- |

_Robert Allie was the investigating Detective that requested for Medical clearance from me for being confined to a mental institution. I was never confined to any mental institution._

| Was anyone else involved? |
| --- |

_Yes, The former Princeton Chief of Police Nicholas Sutter._

| Who else saw what happened? |
| --- |

_The former Princeton Chief of Police Nicholas Sutter and Anthony Pue._

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want this court to enforce my 2nd amendment rights. I am seeking compensation in the form of injunctive relief, declaratory relief, nominal damages, and any other reliefs, injunctives, or damages this court deems proper.

_____

_____

_____

_____

_____

_____

_____

_____

*Rev. 10/2009*                    - 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _03_ day of ___February___ , 20 _21_ .

Signature of Plaintiff _____

Mailing Address _11 Billie Ellis Lane_
_Princeton, New Jersey 08540_

Telephone Number _(609) 571-6810_

Fax Number *(if you have one)* _____

E-mail Address _taarie73@optonline.net_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____ , 20_____ , I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: ____11 Billie Ellis Lane Princeton, New Jersey 08540____

Address of Defendant: ____1 Valley Road, Princeton, New Jersey 08540____

Place of Accident, Incident or Transaction: ____Princeton, New Jersey____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __01/19/2021__   _____   _____
                        *Attorney-at-Law / Pro Se Plaintiff* (Must sign here)   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.  Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Claude B. Townsend Jr.__, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: __01/19/2021__   _____   _____
                        *Attorney-at-Law / Pro Se Plaintiff* (Sign here if applicable)   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*



*Claude Townsend*
*11 Bittle Ellis Lane*
*Princeton, New Jersey 08540*

CERTIFIED MAIL

7020 0640 0000 1191 0782

RETURN RECEIPT REQUESTED

James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RETURN RECEIPT REQUESTED

U.S.M.S.







UNITED STATES POSTAL SERVICE

1000

19106

U.S. POSTAGE PAID
FCM LG ENV
EWING, NJ
08628
FEB 10, 21
AMOUNT
$8.05
R2304N117749-15

